IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| SABIR RAHMAN, | ) | |
| *Plaintiff,* | ) ) ) | Case No. DKC 14 CV 0067 |
| v. | ) ) | |
| AMERICAN HOME MORTGAGE SERVICING INC., *et al.*, | ) ) ) | |
| *Defendants.* | ) ) | |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 103.3, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Homeward Residential, Inc., formerly known as American Home Mortgage Servicing, Inc., Defendant in the above-captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

**Homeward Residential, Inc. is a Delaware corporation. It is a wholly-owned subsidiary of Homeward Residential Holdings, Inc., a Delaware corporation, which is a wholly-owned subsidiary of Ocwen Financial Corporation, a Florida corporation.**

Dated January 10, 2014          Respectfully submitted,

                                **HOMEWARD RESIDENTIAL, INC., f/k/a
                                AMERICAN HOME MORTGAGE
                                SERVICING, INC.**

DEUTSCHE BANK NATIONAL TRUST
COMPANY, FORMERLY KNOWN AS
BANKERS TRUST COMPANY OF
CALIFORNIA, N.A., AS TRUSTEE FOR
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2006-3

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

WELLS FARGO BANK, N.A.

OCWEN LOAN SERVICING, LLC

_____
Mary Catherine Zinsner
U.S. District Court, D. Md. Bar No. 11763
Billy B. Ruhling, II
U.S. District Court, D. Md. Bar No. 17827
Troutman Sanders LLP
1850 Towers Crescent Plaza, Ste. 500
Tysons Corner, VA 22182
Telephone: 703-734-4334
Facsimile: 703-734-4340
mary.zinsner@troutmansanders.com
bill.ruhling@troutmansanders.com

*Counsel for Defendants Homeward Residential, Inc.
f/k/a American Home Mortgage Servicing, Inc.;
Deutsche Bank National Trust Company, formerly
known as Bankers Trust Company of California,
N.A., as Trustee for American Home Mortgage
Investment Trust 2006-3; Ocwen Loan Servicing,
LLC; Wells Fargo Bank, N.A.; and Mortgage
Electronic Registration Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2014, a true and correct copy of the foregoing pleading was sent via Federal Express to the following:

Keith Blair
Blair Law Firm, LLC
8775 Centre Park Dr., Suite 315
Columbia, MD 21045-2177
Telephone: 443-832-3850
Fax: 866-585-8182
Email: Kblair@kblairlaw.com
*Counsel for Plaintiff*

_____
Mary Catherine Zinsner
U.S. District Court, D. Md. Bar No. 11763
Billy B. Ruhling, II
U.S. District Court, D. Md. Bar No. 17827
Troutman Sanders LLP
1850 Towers Crescent Plaza, Ste. 500
Tysons Corner, VA 22182
Telephone: 703-734-4334
Facsimile: 703-734-4340
mary.zinsner@troutmansanders.com
bill.ruhling@troutmansanders.com

*Counsel for Defendants Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc.; Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Investment Trust 2006-3; Ocwen Loan Servicing, LLC; Wells Fargo Bank, N.A.; and Mortgage Electronic Registration Systems, Inc.*